United States District Court
Southern District of Texas
**ENTERED**
January 05, 2026
Nathan Ochsner, Clerk

**United States District Court**
**Southern District of Texas**
**Houston Division**

| | | |
|---|---|---|
| **ARMANDO PEREZ CRUZ**, | § | Civil Action Number |
| Petitioner, | § | 4:25-CV-05936 |
| | § | |
| | § | |
| versus | § | Judge Charles Eskridge |
| | § | |
| | § | |
| **KRISTI NOEM, *et al.*,** | § | |
| Respondents | § | |

**Joint Proposed Scheduling and Docket Control Order**

Petitioner has filed a bond reconsideration request with the Immigration Court in light of *Maldonado Bautista* and that request remains pending. Absent that, the parties anticipate that Respondents will file a dispositive motion no later than January 16, 2026 and Petitioner will file his reply no later than January 23, 2026.

Signed on December 31, 2025, at Houston, Texas.

_____
Charles Eskridge
United States District Judge